In re the Parental Responsibilities Concerning J.L., a / k / a J.H., a Child, and Concerning Paula Brooks, a/k/a Paula Glorioso, Appellant, and Sandra Herch, a/k/a Sandra Lawley, Appellee. No. 21CA0459
Court of Appeals of Colorado, Third Division
December 16, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Lincoln County District Court No. 13DR11 Honorable Cynthia
 Mares, Judge
 
 
 
 OPINION
 
 
 BROWN,
 JUDGE
 
 
 ORDER
 AFFIRMED.
 
 
 Furman
 and Lipinsky, JJ., concur.
 
 
 1